UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP CHRISTOPHER DISTIN, | No. 2:24-cv-01121-DAD-SCR (PC) |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION WITHOUT LEAVE TO AMEND |
| U.S. ARMY, et al., | |
| Defendants. | (Doc. No. 9) |

Plaintiff Philip Christopher Distin is a state prisoner proceeding *pro se* in this civil rights action brought pursuant to the decision in *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971).  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 22, 2025, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's complaint be dismissed without leave to amend.  (Doc. No. 9.) Specifically, the magistrate judge first found that defendant U.S. Army is not a proper defendant because plaintiff has not shown that the United States has waived its immunity with respect to plaintiff's claims.  (*Id.* at 3.)  The magistrate judge further found that although plaintiff's claim against the remaining defendant may be properly brought pursuant to § 1983, the factual allegations underlying that claim "are too fantastical to survive screening."  (*Id.*)  Moreover, the

1

magistrate judge identified three prior cases brought by plaintiff based upon nearly identical allegations that were dismissed at the screening stage. (*Id.*) The pending findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within twenty-one (21) days after service. (*Id.* at 4.) On May 15, 2025, plaintiff filed his objections to the pending findings and recommendations. (Doc. No. 10.)

Plaintiff's objections are difficult to decipher, but appear to merely reiterate the allegations made in plaintiff's complaint. (*Id.* at 1–3.) Accordingly, plaintiff's objections do not provide a basis upon which to reject the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons above,

1.   The findings and recommendations issued on April 22, 2025 (Doc. No. 9) are ADOPTED in full;

2.   This action is DISMISSED without leave to amend; and

3.   The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **April 16, 2026**

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2